UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  Case No. 1:14-cv-14692-LTS |
| HOWARD B. PRESENT, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1, plaintiff Securities and Exchange Commission ("the Commission") moves for summary judgment against defendant Howard B. Present. In support of its motion, the Commission submits a memorandum of law, a set of exhibits, and a proposed form of final judgment.

Respectfully submitted,

/s/ Frank C. Huntington
Frank C. Huntington  (BBO No. 544045)
Rachel E. Hershfang  (BBO No. 631898)
Jennifer A. Cardello  (BBO No. 657253)
**SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch Street, 24th Floor
Boston, MA  02110
(617) 573- 8960 (Huntington phone)
huntingtonf@sec.gov

Dated:  October 28, 2016

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issue raised by this motion.

/s/ Frank C. Huntington
Frank C. Huntington

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed on this date through the ECF system and will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) as of the date of this filing.

/s/ Frank C. Huntington

Dated: October 28, 2016