UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

——————————————————————————

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

      v.

HOWARD B. PRESENT,

                Defendant.

——————————————————————————

)
)
)
)
)
)
)
)
)
)
)

Case No. 1:14-cv-14692-LTS

**PLAINTIFF'S SUMMARY JUDGMENT EXHIBITS:**
**TABLE OF CONTENTS**

1.     March 25, 2008: portions of F-Squared Investments Inc.'s Form ADV from FINRA's Investment Adviser Registration Depository ("IARD").

2.     June 5, 2008: portions of Morton Wealth Advisors' Form ADV from FINRA's Investment Adviser Registration Depository ("IARD").

3.     July 30, 2008 email message from Jason Nicastro to hpresent@f-squaredinvestments.com (Dep. Ex. 36).

4.     July 30, 2008 email message from Juan Vargas to hpresent@f-squaredinvestments.com (Dep. Ex. 37).

5.     July 31, 2008 email message from Howard Present to Jay Morton (Dep. Ex. 40).

6.     August 4, 2008 email message from Juan Vargas to Howard Present (Dep. Ex. 42).

7.     August 6, 2008 email message from Howard Present to Bob Alderman (F00114398-410).

8.     August 6, 2008 email message from Howard Present to George McClelland et. al. (Dep. Ex. 43).

9.     August 8, 2008 email message from Howard Present to Bob Alderman (F00114351-52).

10.    August 8, 2008 email message from Howard Present to Phil Bak et. al. (F4101-02).

11.    August 8, 2008 email message from Howard Present to Thomas A. Carter (F4099-100).

12.    August 8, 2008 email message from Howard Present to William (Bill) Belden et. al. (F1070-71).

13.    August 8, 2008 email message from Howard Present to Baker, Kyle et. al. (FTP_000124-25).

14.    August 8, 2008 email message from Howard Present to George McClelland (Dep. Ex. 258).

15.    August 21, 2008 email message from Howard Present to Jerry Jacobs (F3991-92).

16.    August 26, 2008 email message from Howard Present to David Morton (Dep. Ex. 48).

17.    August 27, 2008 email message from Howard Present to Juan Vargas (Dep. Ex. 49).

18.    August 27, 2008 email message from Howard Present to Juan Vargas (Dep. Ex. 659). (Dep. Ex. 659 is the same document as Dep. Ex. 49.)

19.    August 27, 2008 email message from Howard Present to Patterson, George (Dep. Ex. 234).

20.    September 2008 Newfound Research LLC Operating Agreement (Dep. Ex. 79).

21.    September 2, 2008 Data Provider Agreement between F-Squared Investments, Inc. and New Found Research LLC (Dep. Ex. 80).

22.    September 3, 2008 email message from Howard Present to Corey Hoffstein (Dep. Ex. 179).

23.    September 3, 2008 email message from Howard Present to Juan Vargas (Dep. Ex. 660).

24.    September 3, 2008 email message from David Morton to Corey Hoffstein (Dep. Ex. 182).

25.     September 3, 2008 email message from Juan Vargas to hpresent@f-squaredinvestments.com (Dep. Ex. 238).

26.     September 3, 2008 email message from Juan Vargas to hpresent@f-squaredinvestments.com (Dep. Ex. 239).

27.     September 3, 2008 email message from Howard Present to hpresent@f-squaredinvestments.com (Dep. Ex. 240).

28.     September 5, 2008 email message from Howard Present to Jay Morton (Dep. Ex. 183).

29.     September 5, 2008 email message from Howard Present to John Nelson et. al. (Dep. Ex. 53).

30.     September 18, 2008 Press Release, "F-Squared Investments Announces Launch of 'AlphaSector Rotation' as an SMA and Overlay for Mutual Fund Wrap" (Dep. Ex. 63).

31.     September 19, 2008 email message from Howard Present to John Nelson et. al. (Dep. Ex. 244).

32.     September 23, 2008 email message from Howard Present to Howard Present (Dep. Ex. 391).

33.     September 23, 2008 email message from Unspecified Sender to Howard Present (F4612-28).

34.     October 3, 2008 email message from Howard Present to Sharon Siegfriedt et. al. (F33429-64).

35.     October 14, 2008: portions of F-Squared Investments, Inc.'s Form ADV from FINRA's Investment Adviser Registration Depository ("IARD").

36.     2008: Howard Present's IRS Form W-2 (HBP00001).

37.     January 23, 2009 email message from Howard Present to Jay Morton (Dep. Ex. 87).

38.     January 23, 2009 email message from Howard Present to Michael J. Capobianco (Dep. Ex. 88).

39.     February 6, 2009 email message from Howard Present to george.aylward@virtus.com (F4370-412).

40.     February 18, 2009 email message from Howard Present to Rick Tomney et. al. (F00726468-89).

41.     March 2, 2009 email message from Howard Present to frank.waltman@virtus.com (F4294-326).

42.     May 1, 2009 letter from Howard Present to Ann Flood, Virtus Investment Partners, Inc. (F70864-78).

43.     May 5, 2009 email message from Howard Present to Waltman, Frank (F00171821-37).

44.     June 9, 2009 email message from Howard Present to Waltman, Frank et. al. (F00176230-40).

45.     August 17, 2009 email message from Howard Present to Batchelar, Peter (F00184374-89).

46.     September 16, 2009 email message from Howard Present to Batchelar, Peter (Dep. Ex. 450).

47.     September 29, 2009 email message from Howard Present to George McClelland (Dep. Ex. 332).

48.     September 29, 2009 Subadvisory Agreement between Virtus entities and F-Squared Investments, Inc. (F00096520-32).

49.     October 15, 2009 email message from Howard Present to Peter J. Batchelar (F65364-73).

50.     October 26, 2009 letter from David C. Martin, Virtus VP Distributors, to Stephen E. Mayhew, FINRA (Dep. Ex. 12).

51.     2009: Howard Present's IRS Form W-2 (HBP00012).

52.     January 30, 2010 *Investment Weekly News* article, "F-Squared Investements; AlphaSector Premium Index: Superior Performance and Risk Management Can Work Brilliantly Together."

53.     May 7, 2010 *Investment Management Weekly* article, "F-Squared's Howard Present: 'What We Offer is Straight Forward'" (F00221399-400).

54.     June 2010 Audio File: Virtus Investment Partners and F-Squared Investments "Winning by Not Losing" Conference Call  (Dep. Ex. 246).

55.     October 2010 *Financial Planning* article, Manager Profile: "Cashing Out of Trouble."

56.     2010: Howard Present's IRS Form W-2 (HBP00133).

57.     March 9, 2011 email message from Howard Present to David Hallman (F00340909-15).

58.     August 12, 2011 (on or about) Audio File: Conference Call with Howard Present, David Hallman, Corey Hoffstein and Tom Rosedale (Dep. Ex. 193).

59.     August 12, 2011 (on or about) Transcript of Conference Call with Howard Present, David Hallman, Corey Hoffstein and Tom Rosedale (Dep. Ex. 193A).

60.     November 14, 2011 Video File: Fox Business *Market Check* Interview of Howard Present, with attached Declaration of Russell Castillo, SEC IT specialist.

61.     [Somewhat] intentionally left blank.

62.     2011: Howard Present's IRS Form W-2 and Schedule K-1 (HBP00140-41).

63.     January 31, 2012: Virtus AlphaSector Rotation Fund Summary Prosepectus, from the SEC's Electronic Data Gathering, Analysis, and Retrieval ("EDGAR") system.

64.     March 23, 2012 (filed): F-Squared Investments, Inc.'s Form ADV, Part 2A Brochure, from FINRA's Investment Adviser Registration Depository ("IARD").

65.     June 1, 2012 Memorandum from Douglas F. MacLean to Mitchell Fishman, Deborah

        Deskavich, F-Squared, "Results of SEC Mock Audit." (Dep. Ex. 295.)

66.     June 5, 2012 email message from Mitch Fishman to Howard Present (Dep. Ex. 635).

67.     June 18, 2012 email message from Howard Present to Mitch Fishman (Dep. Ex. 636).

68.     June 19, 2012 email message from Tom Rosedale to Howard Present, et. al. (Dep. Ex.

        131).

69.     June 27, 2012 email message from Mitch Fishman to Howard Present (Dep. Ex. 294).

70.     June 27, 2012 email message from David Morton to hpresent@f2inv.com (Dep. Ex. 132).

71.     July 17, 2012 email message from Howard Present to Michael J. Capobianco (Dep. Ex.

        434).

72.     October 15, 2012 email message from Howard Present to Michael J. Capobianco (Dep.

        Ex. 248).

73.     October 15, 2012 email message from Howard Present to Deb Deskavich et. al. (Dep. Ex.

        638).

74.     October 17, 2012 email message from Howard Present to Mitch Fishman (Dep. Ex. 249).

75.     2012: Howard Present's IRS Form W-2 and Schedule K-1 (HBP00149-51).

76.     March 28, 2013: F-Squared Investments, Inc.'s Form ADV, Part 2A Brochure, from

        FINRA's Investment Adviser Registration Depository ("IARD").

77.     June 24, 2013: F-Squared Investments, Inc.'s Form ADV, Part 2A Brochure, from

        FINRA's Investment Adviser Registration Depository ("IARD").

78.     August 1, 2013 email message from Howard Present to Kara Brown (Investigative Exhibit

        No. 5).

79.     October 14, 2013: Howard Present's Background Questionnaire.

80.     October 18, 2013: Howard Present Investigative Testimony Transcript.

81.     2013: Howard Present's IRS Form W-2 and Schedule K-1 (HBP00167-68).

82.     December 22, 2014 *The Wall Street Journal* article, "F-Squared Settles SEC Charges; Firm to Pay $35 Million; SEC Says It Overstated Record of Flagship Index."

83.     January 12, 2016: Corey Hoffstein Deposition Transcript.

84.     February 16, 2016: Howard Brian Present Deposition Transcript.

85.     May 26, 2016: Michael Capobianco Deposition Transcript.

86.     June 1, 2016: David J. Morton Deposition Transcript.

87.     July 28, 2016: Mitchell B. Fishman Deposition Transcript.

88.     August 11, 2016: Howard B. Present Deposition Transcript.