
DEFENDANT'S EXHIBIT
Original

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
SECURITIES AND EXCHANGE COMMISSION  )
                                    )
        Plaintiff,                  )
                                    )
    v.                              )   Civil Action No. 14-14692-LTS
                                    )
HOWARD B. PRESENT                   )
                                    )
        Defendant.                  )
_____)

VERDICT FORM

October 6, 2017

*As to each Question, please place a check mark beside the appropriate response.*

We, the jury have reached the following unanimous verdicts:

FIRST CLAIM:    Sections 206(1) and 206(2) of the Investment Advisers Act of 1940 (the "Advisers Act")

1.   A. Did the Securities and Exchange Commission ("SEC") prove by a preponderance of the evidence that Howard Present violated Section 206(1) of the Investment Advisers Act of 1940?

        ____✓____ YES            _____ NO

*If you answered YES to Question 1A proceed to Question 1B*
*If you answered NO to Question 1A SKIP Questions 1B & 1C and proceed to Question 1D*

   B. With what state of mind did Howard Present violate Section 206(1) (Check 1 Only)?

        a.   Intent to Defraud                       _____

                        or

        b.   Intent to Defraud or Recklessness       ____✓____

*Proceed to Question 1C*

1

C. Did any conduct giving rise to the violation of Section 206(1) occur on or after December 22, 2009?

_____✓_____ YES          _____ NO

*Proceed to Question 1D*

D. Did the SEC prove by a preponderance of the evidence that Howard Present violated Section 206(2) of the Investment Advisers Act of 1940?

_____✓_____ YES          _____ NO

*If you answered YES to Question 1C proceed to Question 1E*
*If you answered NO to Question 1D SKIP Questions 1E & 1F and proceed to Question 2*

E. With what state of mind did Howard Present violate Section 206(2) (Check 1 Only)?

    a.    Intent to Defraud    _____

        or

    b.    Intent to Defraud or Recklessness    _____✓_____

        or

    c.    Intend to Defraud or Recklessness or Negligence    _____

*Proceed to Question 1F*

F. Did any conduct giving rise to the violation of Section 206(2) occur on or after December 22, 2009?

_____✓_____ YES          _____ NO

*Proceed to Question 2.*

<u>SECOND CLAIM:</u>    **Section 206(4) of the Advisers Act and Rule 206(4)-8**

2.    A. Did the SEC prove by a preponderance of the evidence that Howard Present violated Section 206(4) of the Advisers Act and Rule 206(4)-8 thereunder?

_____✓_____ YES          _____ NO

*If you answered YES to Question 2A proceed to Question 2B*
*If you answered NO to Question 2A SKIP Questions 2B & 2C and proceed to Question 3*

B. With what state of mind did Mr. Present violate Section 206(4) and Rule 206(4)-8 (Check 1 Only)?

    a.    Intent to Defraud      _____

    or

    b.    Intent to Defraud or Recklessness      ___✓___

    or

    c.    Intend to Defraud or Recklessness or Negligence      _____

*Proceed to Question 2C*

C. Did any conduct giving rise to the violation of Section 206(4) and Rule 206(4)-8 occur on or after December 22, 2009?

___✓___ YES      _____ NO

*Proceed to Question 3.*

<u>THIRD CLAIM:</u>    **Section 207 of the Advisers Act**

3.    A. Did the SEC prove by a preponderance of the evidence that Howard Present violated Section 207 of the Advisers Act?

___✓___ YES      _____ NO

*If you answered YES to Question 3A proceed to Question 3B*
*If you answered NO to Question 3A SKIP Question 3B and proceed to Question 4*

B. Did any conduct giving rise to the violation of Section 207 occur on or after December 22, 2009?

___✓___ YES      _____ NO

*Proceed to Question 4*

**FOURTH CLAIM:** Aiding and Abetting F-Squared's Violation of Section 206(4) of the Advisers Act and Rule 206(4)-1

4. A. Did the SEC prove by a preponderance of the evidence that F-Squared violated Section 206(4) of the Advisers Act and Rule 206(4)-1 thereunder?

    ____✓____ YES          _____ NO

*If you answered YES to Question 4A proceed to Question 4B*
*If you answered NO to Question 4A SKIP Questions 4B, 4C & 4D and proceed to Signature*

B. Did the SEC prove by a preponderance of the evidence that Howard Present aided and abetted F-Squared's violation of Section 206(4) of the Advisers Act and Rule 206(4)-1 thereunder?

    ____✓____ YES          _____ NO

*If you answered YES to Question 4B proceed to Question 4C*
*If you answered NO to Question 4B SKIP Questions 4C & 4D and proceed to Signature*

C. With what state of mind did Howard Present aid and abet F-Squared's violation of Section 206(4) of the Advisors Act and Rule 206(4)-1 (Check 1 Only)?

   a. Knowing          _____

         or

   b. Knowing or Reckless    ____✓____

*Proceed to Question 4D*

D. Did any conduct constituting the aiding and abetting found in Part B occur on or after December 22, 2009?

    ____✓____ YES          _____ NO

*Proceed to Signature*

## SIGNATURE

I certify that the above are the unanimous answers of the jury.

__10-6-17__  
DATE

__Leslie Kulpovski__  
FOREPERSON'S SIGNATURE

*When you have completed the verdict form please inform the Court Security Officer that you have reached a verdict.*

Please clearly state the significance of the 12/22/2009.

What happened to define that date as a boundary in time.

Thank you,
Leslie Kulpinski
Forperson

DEFENDANT'S EXHIBIT Q1